United States District Court
Southern District of Texas
**ENTERED**
April 19, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SALVADOR SEGOVIA, JR., § § | |
| Plaintiff, § § | |
| VS. § § | CIVIL ACTION NO. 4:23-CV-00912 |
| SPCK, LLC, § § § | |
| Defendant. § | |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within thirty (30) days after the entry of this order.

It is so Ordered.

SIGNED on April 19, 2023, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge